IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-1035-WJM-NRN

LEON D. BLACK,

    Petitioner,

v.

RICHARD EMERSON,

    Respondent.

---

## FINAL JUDGMENT
---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Dismissing Petition for Improper Venue [Docket No. 30] of Senior United States District Judge William J. Martinez entered on August 18, 2025, it is

ORDERED The Petition [Docket No. 1] is DISMISSED WITHOUT PREJUDICE to re-filing in the appropriate venue. It is

ORDERED that each party shall bear their own costs. It is further

ORDERED that this case is closed.

Dated: August 19, 2025.

                                            FOR THE COURT:

                                            Jeffrey P. Colwell, Clerk

                                            By s/ S. Grimm
                                              Deputy Clerk