IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-1035-WJM-NRN

LEON D. BLACK,

    Petitioner,

v.

RICHARD EMERSON,

    Respondent.

## NOTICE OF APPEAL FROM FINAL JUDGMENT

NOTICE IS HEREBY GIVEN that Petitioner Leon D. Black ("Petitioner") hereby appeals to the United States Court of Appeals for the Tenth Circuit from the final judgment of the United States District Court for the District of Colorado (Martínez, J.), entered on August 19, 2025 (ECF No. 31).

Dated: August 21, 2025

Respectfully submitted,

/s/ *Reid M. Figel*
Reid M. Figel
Robert C. Klipper
KELLOGG, HANSEN, TODD, FIGEL &
  FREDERICK, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, D.C. 20036
(202) 326-7900
rfigel@kellogghansen.com

*Counsel for Leon D. Black*